OFFICE OF THE CITY ATTORNEY
CRIS MEYER, City Attorney
Arizona State Bar No. 012262
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
T: (602) 262-6761
E: law.civil.minute.entries@phoenix.gov

GARRETT GRIGGS, Assistant City Attorney
Arizona State Bar No. 030525
*Attorney for Defendants City of Phoenix,*
*Michael Burns, Terrence Fay, and Jeri Williams*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Upson,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, et al.,<br><br>        Defendant. | Case No. CV-20-01880-PHX-SMB (JZB)<br><br>**DEFENDANTS' DEMAND FOR JURY TRIAL**<br><br>(The Honorable Susan M. Brnovich) |

Defendants City of Phoenix, Michael Burns, Terrence Fay, and Jeri Williams, through undersigned counsel, and pursuant to Fed.R.Civ.P. Rule 38, hereby demand a trial by jury in the above-entitled matter of all issues triable.

RESPECTFULLY SUBMITTED this 27th day of October, 2020.

                        OFFICE OF THE CITY ATTORNEY

                        By: */s/ Garrett Griggs*
                            GARRETT GRIGGS
                            Assistant City Attorney
                            *Attorney for Defendants City of Phoenix,*
                            *Michael Burns, Terrence Fay, and*
                            *Jeri Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

HONORABLE SUSAN M. BRNOVICH
United States District Court
Sandra Day O' Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2151

HONORABLE JOHN Z. BOYLE
United States District Court
Sandra Day O' Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2151

KEITH M. KNOWLTON
Keith M. Knowlton, LLC
9920 S. Rural Road, Suite 108
PMB #132
Tempe, Arizona 85284-4100
(480) 755-1777
keithknowlton@msn.com
*Attorney for Plaintiff*

By: */s/ Garrett Griggs*

2