OFFICE OF THE CITY ATTORNEY
CRIS MEYER, City Attorney
Arizona State Bar No. 012262
200 W. Washington Street, Suite 1300
Phoenix, Arizona 85003-1611
T: (602) 262-6761
E: law.civil.minute.entries@phoenix.gov

GARRETT GRIGGS, Assistant City Attorney
Arizona State Bar No. 030525
*Attorney for Defendants City of Phoenix,*
*Michael Burns, Terrence Fay, and Jeri Williams*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Upson, | Case No. CV-20-01880-PHX-SMB (JZB) |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANTS' INITIAL RULE 26.1 DISCLOSURE STATEMENT** |
| v. | |
| City of Phoenix, et al., | |
| Defendant. | (The Honorable Susan M. Brnovich) |

Defendants' City of Phoenix, Michael Burns, Terrence Fay, and Jeri Williams hereby give notice that their Defendants' Initial Rule 26.1 Disclosure Statement was served upon Plaintiff's Counsel on December 16, 2020.

RESPECTFULLY SUBMITTED this 16th day of December, 2020.

OFFICE OF THE CITY ATTORNEY

By: */s/ Garrett Griggs*
GARRETT GRIGGS
Assistant City Attorney
*Attorney for Defendants City of Phoenix, Michael Burns, Terrence Fay, and Jeri Williams*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

HONORABLE SUSAN M. BRNOVICH
United States District Court
Sandra Day O' Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2151

HONORABLE JOHN Z. BOYLE
United States District Court
Sandra Day O' Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003-2151

KEITH M. KNOWLTON
Keith M. Knowlton, LLC
9920 S. Rural Road, Suite 108
PMB #132
Tempe, Arizona 85284-4100
(480) 755-1777
keithknowlton@msn.com
*Attorney for Plaintiff*

By: */s/ Maria E. Sandoval*
     2227911_1